479 A.2d 1141

Commonwealth v. Corbin, Appellant.

Submitted January 20, 1984. James D. Flower, Jr., for appellant; Gregory B. Abeln, Assistant District Attorney, for Commonwealth, appellee.

Before BROSKY, WIEAND and HESTER, JJ.

Order affirmed.

BROSKY, J., filed a dissenting memorandum.